**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **BARRY ROSEMAN, M.D. and SUSAN** | ) | |
| **ROSEMAN, individually and on behalf** | ) | |
| **of their minor son, S.R.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 3:09-CV-299** |
| **v.** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **HANK LEE'S MAGIC FACTORY II,** | ) | |
| **INC., d/b/a HANK LEE'S MAGIC** | ) | |
| **FACTORY, and THE PROP CLOSET,** | ) | |
| **LLC, d/b/a THEATRE EFFECTS, and** | ) | |
| **HARRY LEVY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### THIRD AGREED ORDER AMENDING SCHEDULING ORDER

---

The parties, through counsel, having moved the Court to amend its Scheduling Order [Doc. 22] as follows:

- extend the deadline for taking discovery depositions from July 16, 2010 until August 13, 2010 to accommodate one fact witness deposition;

- extend the Daubert motion deadline from July 21, 2010 until August 6, 2010;

- extend time to respond to Daubert motions from July 27, 2010 until August 11, 2010;

- re-schedule any Daubert hearing from July 29, 2010 until August 12, 2010 to begin at 9:30 a.m.;

- Agreed Pre-Trial Order is due August 12, 2010;

- Initial Pre-Trial Conference is scheduled for August 12, 2010.

Additionally, at the request of the Court and by agreement of the parties, counsel for

Plaintiffs will contact the Court on July 30, 2010 to provide a brief status report as to the

results of the mediation scheduled to take place on July 29, 2010. If the mediation ultimately resolves all of the remaining issues, all parties will participate in a joint minor settlement approval hearing on August 12, 2010 to begin at 9:30 a.m.; however, if mediation does not resolve the issues between the Plaintiffs and The Prop Closet, a minor settlement approval hearing will take place on August 5, 2010 to being at 9:30 a.m. in regard to the settlement reached between the Plaintiffs and Defendants, Hank Lee's Magic Factory and Harry Levy. The deadline for any stipulations of dismissal will be August 12, 2010.

All parties having thereby agreed to the proposed amendment, and all counsel having agreed that such an extension of the deadline for discovery will not prejudice their ability to prepare this case for trial, as scheduled;

THE COURT FINDS that the Scheduling Order [Doc. 22] should be amended as stated above.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

**APPROVED:**

s/ Stephanie Coleman (w/ permission by JWB)
David E. Waite (BPR #014204)
dewaite@robertsonoverbey.com
Stephanie Coleman (BPR #027124)
scoleman@robertsonoverbey.com
Robertson, Overbey, Wilson & Beeler
703 Riverview Tower
900 S. Gay Street
Knoxville, TN  37902-1823
(865) 521-3013

*Attorneys for Plaintiffs*

s/ Joseph W. Ballard
Deborah C. Stevens (BPR #007241)
dstevens@lewisking.com
Joseph W. Ballard (BPR #023490)
jballard@lewisking.com
Lewis, King, Krieg & Waldrop, P.C.
P. O. Box 2425
Knoxville, TN  37901
(865) 546-4646

*Attorneys for Defendant*
*The Prop Closet, LLC*

s/ David Chapman
Dana Holloway (BPR # 013275)
David Chapman (BPR #026238)
Attorneys for Defendant Hank Lee's Magic
Factory II, Inc. and Harry Levy
180 Market Place Blvd.
Knoxville, TN 37922
Tel:  (865) 523-0404
Fax:  (865) 673-0260